Submitted on petition and record November 18, 1992, petition for review allowed; decision of Court of Appeals reversed, and case remanded to Court of Appeals for further consideration March 25, 1993

James C. MANN,
as the Personal Representative of
the Estate of Linda Ruth Mann, Deceased,
and James C. Mann, guardian *ad litem*
for Brian Joseph Mann,
*Respondents on Review,*

*v.*

DEPARTMENT OF TRANSPORTATION,
an Agency of the State of Oregon,
*Petitioner on Review.*

(CC 89-2161; CA A67598; SC S39686)

847 P2d 856

Kay E. Sunderland, Assistant Attorney General, Salem, filed the petition for petitioner on review. With her on the petition were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is reversed, and the case is remanded to the Court of Appeals for further consideration in the light of *Perez v. Bay Area Hospital*, 315 Or 474, 846 P2d 405 (1993).